794

**Tyrone SHELTON, Plaintiff–Appellant,**

v.

**Charles WILSON, Institutional Physician; Major Yates, Chief of Security at Wallens Ridge State Prison; A.P. Harvey, Assistant Warden of Operations at WRSP; S.K. Young, Warden at Wallens Ridge State Prison, Respondents–Appellees,**

and

**Page TRUE, Warden of Sussex I State Prison; Herman M. Smith, Health Services Director; Joseph Draper, Institutional Optometrist; Fred Schilling, Health Services Director, Respondents.**

No. 04–6484.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 12, 2004.

Decided: Aug. 5, 2004.

Tyrone Shelton, Appellant pro se.

John David McChesney, Rawls & McNelis, P.C., Richmond, Virginia; William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyrone Shelton appeals the district court's orders granting Defendants' motion for summary judgment on his 42 U.S.C. § 1983 (2000) complaint, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Shelton v. Wilson,* No. CA–02–627–AM (E.D. Va. filed Jan. 21, 2004 & entered Jan. 23, 2004; Mar. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*